**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| U.S.BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBOR VIEW 2005-08 | : No. 495 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| v. | :<br>:<br>:<br>: |
| EDWARD H. DEVINE, A/K/A EDWARD H. DEVINE, JR., AND VICTORIA ANN DEVINE, A/K/A VICTORIA A. WOODS, AND ALL UKNOWN OCCUPANTS AND/OR OCCUPIERS | :<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: EDWARD H. DEVINE | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.